## WILSON v. REED et ux.

No. 14509—Opinion Filed Feb. 19, 1924.

(Syllabus.)

**Appeal and Error—Absence of Answer Brief—Reversal.**

Where the plaintiff in error has duly filed and served brief in compliance with the rules of the Supreme Court, and defendant has neither filed brief nor offered excuse for failure so to do, the Supreme Court will not search the record to find some theory upon which the judgment may be sustained; but where the brief filed appears reasonably to sustain any assignment of prejudicial error, the judgment will be reversed.

Error from County Court, Pontotoc County; Tal Crawford, County Judge.

Action between L. O. Wilson and W. L. Reed and another. From the judgment, the former brings error. Reversed and remanded, with directions.

C. F. Green, for plaintiff in error.

Chaney & Huffar, for defendants in error.

COCHRAN, J. Plaintiff in error filed his brief herein on January 4, 1924. No brief has been filed by defendants in error and no extension of time given to file same, and no reason assigned why brief has not been filed. Under the rule of this court, when the brief of plaintiff in error appears reasonably to sustain the assignments of error, this court will not search the record to find some theory upon which the judgment may be sustained. Following this rule, the judgment of the trial court in this cause is reversed, and the cause remanded, with directions to grant a new trial.

All the Justices concur.